IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Nicole M. Catanese, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | No. 22-821 |
| v. | : | |
| | : | |
| David Martino, Martino Signs, Inc., Nicholette Daniels, Detective Ferdie G. Ingram, Jr., and the Borough of Yeadon, | : : : : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 13th day of January, 2025, it is **ORDERED** that Defendant Detective Ferdie G. Ingram, Jr.'s Motion for Summary Judgment (ECF No. 32) is **GRANTED in part** and **DENIED in part** as follows:

- Defendant Ingram's Motion for Summary Judgment as to as to Catanese's § 1983 claims for Fourth Amendment false arrest, false imprisonment, and malicious prosecution is **DENIED**.

- Defendant Ingram's Motion for Summary Judgment as to Catanese's state law claim for malicious prosecution is **DENIED**.

- Defendant Ingram's Motion for Summary Judgment as to Catanese's state law claim for intentional infliction of emotional distress is **GRANTED**.

- Defendant Ingram's Motion for Summary Judgment as to Catanese's claim for punitive damages is **DENIED WITHOUT PREJUDICE** to raise the issue at trial.

                                                              s/ANITA B. BRODY, J.
                                                              ANITA B. BRODY, J.